IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN PHYSICIANS
ASSURANCE CORPORATION,

      Plaintiff-Counter-Defendant,                  No. 1:08-cv-638 PK/ACT

v.

DONALD JAMES HAM, M.D.,
ALAMOGORDO EYE CLINIC, INC.,

      Defendants-Counter-Plaintiffs,

and THE ESTATE OF MARTHA
VALENCIA CARDON, DECEASED, by
and through Personal Representative
ELIZABETH ALVAREZ,

      Defendant.

ORDER

THIS MATTER comes on for consideration of Plaintiff APA's Motion to Quash

the Subpoena of APA's Trial Counsel, Jennifer Anderson, filed December 23, 2009 (Doc.

241). Upon consideration thereof, the motion is granted in part and denied in part. Dr.

Ham and AEC may call Ms. Anderson as a witness at trial; Ms. Anderson may continue

as trial counsel but she will not be permitted to cross-examine witnesses where her

conduct is directly at issue.

IT IS SO ORDERED.

DATED this 6th day of January 2010, at Santa Fe, New Mexico.

_____
United States Circuit Judge
Sitting by Designation