IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

---

AMERICAN PHYSICIANS
ASSURANCE CORPORATION,

     Plaintiff-Counter-Defendant,

v.

DONALD JAMES HAM, M.D.,
ALAMOGORDO EYE CLINIC, INC.,

     Defendants-Counter-Plaintiffs,

and THE ESTATE OF MARTHA
VALENCIA CARDON, DECEASED, by
and through Personal Representative
ELIZABETH ALVAREZ,

     Defendant.

No. 1:08-cv-638 PK/ACT

---

ORDER

---

THIS MATTER comes on for consideration of Plaintiff APA's Notice of

Objections to Defendants' Designated Deposition Testimony of various witnesses filed

January 8, 2010 (Docs. 266, 267, 268, 269, 270).  Upon consideration thereof, the court

rules as follows:

A.    Deposition Testimony of Ann Flood (Doc. 266).

| DEPOSITION PAGE | LINES | RULING |
| --- | --- | --- |
| 10 | 5-8 & 13-25 | Sustained |

| | | |
|---|---|---|
| 11 | 1 | Sustained |
| 12 | 16-25 | Sustained |
| 13 | 8-19 | Sustained |
| 20 | 9-13 & 20-25 | Sustained |
| 21 | 1-11 | Sustained |
| 43 | 7-15 | Sustained |
| 45 | 12-17 | Sustained |
| 46 | 19-22 | Sustained |
| 47 | 11-16 & 19-25 | Sustained |
| 48 | 1-6 | Sustained |
| 51 | 16-21 | Sustained |
| 52 | 1-10 | Overruled |
| 53 | 19-25 | Overruled |
| 54 | 1-12 | Overruled |
| 56 | 6-25 | Overruled |
| 57 | 1 | Overruled |
| 89 | 25 | Sustained |
| 90 | 1-25 | Sustained |
| 91 | 1-8, 11-14, 17-25 | Sustained |
| 92 | 1-7, 10-25 | Sustained |
| 93 | 1-11 | Sustained |
| 94 | 7-12, 17-25 | Overruled |
| 95 | 1-8 | Overruled |
| 95 | 15-25 | Sustained |
| 96 | 1-25 | Sustained |

| 97 | 1-25 | Sustained |
|---|---|---|
| 98 | 1-25 | Sustained |
| 99 | 1-17 | Sustained |
| 100 | 6-14 | Overruled |
| 102 | 5-25 | Sustained |
| 103 | 1-9, 12-25 | Sustained |
| 104 | 1-14 | Sustained |
| 126 | 25 | Overruled |
| 127 | 1-13, 20-25 | Overruled |
| 128 | 1-3, 11-13 | Overruled |
| 136 | 4-25 | Overruled |
| 137 | 1-15 | Overruled |
| 137 | 21-25 | Sustained |
| 138 | 1-25 | Sustained |
| 139 | 1-21 | Sustained |
| 149 | 20-25 | Overruled |
| 150 | 1-8 | Overruled |
| 150 | 15-19, 24-25 | Sustained |
| 151 | 1-4 | Sustained |
| 152 | 7-25 | Sustained |
| 153 | 1-6 | Sustained |
| 155 | 13-25 | Sustained |
| 156 | 1-25 | Sustained |
| 157 | 1-25 | Sustained |
| 158 | 1-9 | Sustained |

| 159 | 25 | Overruled |
| 160 | 1-25 | Overruled |
| 161 | 1-16 | Overruled |
| 168 | 12-25 | Sustained |
| 169 | 1 | Sustained |
| 172 | 15-25 | Sustained |
| 173 | 1-22 | Sustained |
| 180 | 25 | Overruled |
| 181 | 1-7 | Overruled |
| 196 | 8-25 | Overruled |
| 197 | 1-25 | Overruled |
| 198 | 1-6, 14-25 | Overruled |
| 199 | 1-7, 10-15 | Overruled |
| 199 | 18-25 | Sustained |
| 200 | 1-7 | Sustained |
| 200 | 9-25 | Overruled |
| 201 | 1-25 | Overruled |
| 202 | 1 | Overruled |

B.     Deposition Testimony of Joe Grant (Doc. 267).

| DEPOSITION PAGE | LINES | RULING |
| --- | --- | --- |
| 32 | 14-25 | Sustained |
| 33 | 1-18, 24-25 | Sustained |
| 34 | 1-3 | Sustained |

| 35 | 10-25 | Sustained |
|----|-------|-----------|
| 36 | 1-7 | Sustained |
| 37 | 16-25 | Sustained |
| 38 | 1-16 | Sustained |
| 39 | 1-9 | Sustained |
| 40 | 10-25 | Sustained |
| 41 | 2-22 | Sustained |
| 43 | 13-18 | Overruled |
| 46 | 13-25 | Sustained |
| 47 | 1-11 | Sustained |
| 47 | 12-15 | Overruled |
| 48 | 5-17 | Sustained |
| 49 | 10-25 | Sustained |
| 52 | 3-19 | Sustained |
| 55 | 10-22 | Sustained |
| 56 | 18-25 | Overruled |
| 57 | 24-25 | Overruled |
| 58 | 1-25 | Overruled |
| 59 | 1-12 | Overruled |
| 60 | 1-2, 25 | Sustained |
| 61 | 1-10, 19-25 | Sustained |
| 62 | 1-13 | Sustained |
| 67 | 6-25 | Sustained |
| 68 | 1-13 | Sustained |
| 69 | 1-25 | Overruled, but omit "about the Arik case" in line 4. |

| 70 | 1-25 | Overruled, but omit "in Arik case" in line 10. |
|---|---|---|
| 71 | 1-3 | Overruled |
| 91 | 1-25 | Overruled |
| 92 | 1-25 | Overruled |
| 93 | 1-2 | Overruled |
| 93 | 3-5 | Sustained |
| 94 | 20-25 | Sustained |
| 95 | 1-2 | Sustained |
| 100 | 14-23 | Overruled |
| 109 | 1-25 | Sustained |
| 110 | 1-9 | Sustained |
| 137 | 1-23 | Overruled |
| 138 | 14-17 | Overruled |

C.  Deposition Testimony of Bridget Rae (Doc. 268).

| 9 | 1-9 | Overruled |
|---|---|---|
| 27 | 3-21 | Overruled |
| 29 | 2-4, 9-16 | Overruled |
| 30 | 5-23 | Sustained |
| 31 | 11-25 | Sustained |
| 32 | 1-25 | Sustained |
| 33 | 1-25 | Overruled |
| 34 | 1-8 | Sustained |
| 34 | 24-25 | Overruled |

| 35 | 1-3, 11-18, 25 | Overruled |
| 36 | 1-14 | Overruled |
| 39 | 1-23 | Overruled |
| 39 | 24-25 | Sustained |
| 40 | 1-25 | Sustained |
| 41 | 1 | Sustained |
| 41 | 19-25 | Overruled |
| 42 | 1-25 | Overruled |
| 43 | 1-19 | Overruled |
| 44 | 8-25 | Overruled |
| 45 | 1-12, 23-25 | Overruled |
| 46 | 1-25 | Overruled |
| 47 | 1-5 | Overruled |
| 50 | 6-24 | Sustained |
| 56 | 16-19, 22 | Overruled |
| 57 | 1-10, 21-25 | Overruled |
| 58 | 1-14 | Overruled |
| 60 | 10-25 | Sustained |
| 61 | 1, 8-20 | Sustained |
| 61 | 21-24 | Overruled |
| 62 | 2-25 | Overruled |
| 63 | 1-8 | Overruled |
| 64 | 1-7, 21-25 | Overruled |
| 65 | 1-25 | Overruled |
| 66 | 1-25 | Overruled |

| 67 | 1-24 | Overruled |
|---|---|---|
| 67 | 25 | Sustained |
| 68 | 1-25 | Sustained |
| 70 | 13-17 | Sustained |
| 71 | 3-19, 24-25 | Sustained |
| 72 | 1-25 | Sustained |
| 73 | 1-22 | Sustained |
| 81 | 16-25 | Overruled |
| 82 | 3-5, 16-25 | Overruled |
| 83 | 1-16 | Overruled |
| 110 | 12-25 | Overruled |
| 111 | 1-25 | Overruled |
| 112 | 1-15 | Overruled |

D.  Deposition Testimony of Kevin Clinton (Doc. 269)

| 19 | 1-25 | Sustained |
|---|---|---|
| 20 | 3-15 | Sustained |
| 28 | 9-25 | Sustained |
| 29 | 1-25 | Sustained |
| 37 | 1-6 | Overruled |
| 37 | 16-25 | Sustained |
| 38 | 1-8, 17-25 | Overruled |
| 39 | 1-10 | Overruled |
| 45 | 13-25 | Sustained |

| 49 | 2-25 | Sustained |
| 50 | 1-9, 17-20, 23-25 | Sustained |
| 51 | 1-25 | Sustained |
| 52 | 1-9 | Sustained |
| 52 | 18-25 | Overruled |
| 53 | 1-5 | Sustained |
| 53 | 9-25 | Overruled |
| 54 | 1-15 | Overruled |
| 138 | 9-22 | Sustained |
| 140 | 14-25 | Sustained |
| 141 | 1-3 | Sustained |
| 146 | 11-17 | Sustained |
| 147 | 8-25 | Sustained |
| 148 | 1-25 | Sustained |
| 149 | 1-25 | Sustained |
| 150 | 11-25 | Sustained |
| 151 | 1-4 | Sustained |
| 152 | 15-18, 22-25 | Sustained |
| 153 | 1-25 | Sustained |
| 154 | 1-25 | Sustained |
| 155 | 1-13 | Sustained |

E.  Deposition Testimony of Catherine Shutack (Doc. 270).

APA objects on the grounds that Ms. Shutack will testify live at trial.  The court

will sustain the objection on this basis.  As previously noted (Doc. 293), it is not

necessary to designate deposition testimony that will be used for impeachment of live

witnesses.

       IT IS SO ORDERED.

       DATED this <u>8th</u> day of March 2010, at Santa Fe, New Mexico.

                       _____
                       United States Circuit Judge
                       Sitting by Designation