IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN PHYSICIANS
ASSURANCE CORPORATION,

     Plaintiff-Counter-Defendant,

v.

DONALD JAMES HAM, M.D.,
ALAMOGORDO EYE CLINIC, INC.,

     Defendants-Counter-Plaintiffs,

and THE ESTATE OF MARTHA
VALENCIA CARDON, DECEASED, by
and through Personal Representative
ELIZABETH ALVAREZ,

     Defendant.

No. 1:08-cv-638 PK/ACT

PROTECTIVE ORDER

THIS MATTER comes on for consideration of the parties' Stipulation Pursuant to the Court's Order of June 3, 2009 [Doc. 95], filed June 30, 2010 (Doc. 363).  Upon consideration thereof,

(1) The following documents are "Confidential Documents" and any references to, quotes or summaries of or the substance of such documents are "Confidential Material," subject to the terms and conditions of this Protective Order:

    (A)    10/27/2003 Professional Liability Claims Manual [Bates Nos. 003881-003960];

    (B)    9/1/05 Professional Liability Claims Manual [Bates Nos. 003961-004009];

    (C)    9/1/06 Professional Liability Claims Manual [Bates Nos. 004010-004104]

2.  No later than 10 days following the conclusion of these proceedings, all counsel who have received Confidential Documents or Material and all persons or entities to whom counsel distributed such Confidential Documents or Material shall return all Confidential Documents or Material to counsel for APA, together with abstracts, copies, transcripts, notes (including attorney notes), or summaries thereof and other records of confidential information, or, alternatively, certify in writing to counsel for APA that all such documents have been destroyed.

3.    A violation of this Protective Order subjects the violating party to any and all legal remedies available under New Mexico law and the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

    DATED this <u>30th</u> day of June 2010, at Santa Fe, New Mexico.

                         *Paul Kelly Jr.*
                         United States Circuit Judge
                         Sitting by Designation